*Roy W. Moore, solicitor,* contra.

---

### 14488.   WATSON *v.* THE STATE.

BLOODWORTH, J. It appearing from his official entry thereon that the bill of exceptions in this case was not filed in the office of the clerk of the superior court within fifteen days from the date of the trial judge's certificate thereto, the writ of error must be dismissed. Civil Code (1910), § 6167; *Fincher* v. *Satterfield,* 22 *Ga. App.* 151 (1), 152 (1) (95 S. E. 151), and cases cited.

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*
DECIDED JUNE 12, 1923. REHEARING DENIED JULY 13, 1923.

Indictment for larceny of horse; from Wilkes superior court — Judge Shurley. February 17, 1923.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

#### ON MOTION FOR REHEARING.

BLOODWORTH, J. A motion for a rehearing was made in this case on grounds identical with those made in *Banks* v. *State,* ante, 358, in which case a rehearing was this day denied. Our reasons for refusing a rehearing in this case are the same as in that case.

*Rehearing denied. Broyles, C. J., and Luke, J., concur.*